IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re, ) | | Case No.  25-22963-JAD |
| Benito Rojas ) | | Filed under |
|     Debtor/movant ) | | 11 USC 362(c)(3) |
| Benito Rojas ) | | Filed under |
|     Debtor/movant ) | | Hearing 11/25/25 @10:00am |
| v.        . ) | | Chapter 13 |
| **Cavalry Portfolio Services** | | |
| **CCO Mortgage Corp.** | | |
| **Citizens Bank NA** | | |
| **Highlands at Chapel Hill Condominium Association** | | |
| **Huntington National Bank** | | |
| **Keybank N.A.** | | |
| **M & T Bank** | | |
| **Mariner Finance, LLC** | | |
| **Portfolio Recovery Associates, LLC** | | |
| **U.S. Department of Housing and Urban Development** | | |
|     Creditor/ Respondent | | |
| Ronda Winnecour         ) | | |
|     Trustee/respondent ) | | Response Deadline 11/18/25 |

**CERTIFICATE OF NO OBJECTION
ON THE DEBTOR'S MOTION EXTENDING THE AUTOMATIC STAY
BEYOND 30 DAYS**

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the [Application/Motion] filed on _11/01/25__ has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and that no answer, objection or other responsive pleading to the [Application/Motion] appears thereon.  Pursuant to the Notice of Hearing, objections to the [Application/Motion] were to be filed and served no later than _11/18/25___.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

                                              Respectfully submitted,

DATE__11/19/25

                                              Respectfully submitted,
                                              BURDELSKI LAW OFFICES
                                              __/s/Russell A. Burdelski, Esquire_____
                                              R. Burdelski, Esquire
                                              1020 Perry Highway
                                              Pittsburgh, PA 15237
                                              (412) 366-1511
                                              PA I.D. # 72688
                                              Russ@BurdelskiLaw.com