UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Benito Rojas | ) | Case No. 25-22963-JAD |
| _____Debtor(s)_____ | ) | Chapter 13 |
| | ) | Filed Under Local Rule |
| Benito Rojas | ) | 9013.4 6 (c) |
| Debtor/movant | ) | RAB-1 |
| Ronda Winnecour, | ) | |
| Trustee/Respondent | ) | Related to Doc. #19 |
| _____x | | |

ORDER OF COURT

AND NOW, this __17th__ day of ____November____, 20__25__ it is hereby Ordered, Adjudged and Decreed that the time for the filing of the completion of the Bankruptcy documents for the above captioned case is extended to __12__ / __1__ / __2025__.

By the Court

_____sjk____
United States Bankruptcy Judge
Jeffery A. Deller

Russ@BurdelskiLaw.com

FILED
11/17/25 8:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

1

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-22963-JAD |
| Benito Rojas | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 17, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2025:**

**Recip ID        Recipient Name and Address**
db          +    Benito Rojas, 5900 Babcock Blvd #41, Pittsburgh, PA 15237-2555

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2025                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2025 at the address(es) listed below:

**Name**        **Email Address**

Keri P. Ebeck
            on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
            btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mary F. Kennedy
            on behalf of Creditor Citizens Bank N.A. s/b/m to Citizens Bank of Pennsylvania mary@javardianlaw.com,
            tami@javardianlaw.com;angie.harrigan@javardianlaw.com

Matthew Fissel
            on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Office of the United States Trustee
            ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
            cmecf@chapter13trusteewdpa.com

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Nov 17, 2025 | Form ID: pdf900 | Total Noticed: 1

Russell A. Burdelski
                on behalf of Debtor Benito Rojas Russ@BurdelskiLaw.com russ.burdelski@gmail.com

TOTAL: 6