IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re, ) | Case No.  25-22963-JAD | |
| Benito Rojas ) | Filed under | |
|     Debtor/movant ) | 11 USC 362(c)(3) | **DEFAULT O/E JAD** |
| Benito Rojas ) | Filed under | |
|     Debtor/movant ) | Hearing 11/25/25 @10:00am | |
| v.    . ) | Chapter 13 | |
| Cavalry Portfolio Services | | |
| CCO Mortgage Corp. | | |
| Citizens Bank NA | | |
| Highlands at Chapel Hill Condominium Association | Related to Doc. #7 | |
| Huntington National Bank | | |
| Keybank N.A. | | |
| M & T Bank | | |
| Mariner Finance, LLC | | |
| Portfolio Recovery Associates, LLC | | |
| U.S. Department of Housing and Urban Development | | |
|     Creditor/ Respondent | | |
| Ronda Winnecour ) | | |
|     Trustee/respondent ) | Response Deadline 11/18/25 | |

**ORDER EXTENDING THE AUTOMATIC STAY BEYOND 30 DAYS**

AND NOW, this ___20th___ day of ___November___, 20_25_ it is hereby ORDERED, ADJUDGED, AND DECREED that the automatic stay is extended as to the above captioned respondents for the duration of the Chapter 13 case unless the case is dismissed or relief is granted for failure to comply with the terms and conditions of the Chapter 13 plan or by further Order of this Court.

By the Court

_____sjk_____
United States Bankruptcy Judge
Jeffery A. Deller

Russ@BurdelskiLaw.com

FILED
11/20/25 12:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-22963-JAD |
| Benito Rojas | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 20, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Benito Rojas, 5900 Babcock Blvd #41, Pittsburgh, PA 15237-2555 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2025        Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mary F. Kennedy | on behalf of Creditor Citizens Bank  N.A. s/b/m to Citizens Bank of Pennsylvania mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com |
| Matthew Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Nov 20, 2025 | Form ID: pdf900 | Total Noticed: 1

Russell A. Burdelski
                        on behalf of Debtor Benito Rojas Russ@BurdelskiLaw.com russ.burdelski@gmail.com

TOTAL: 6