# UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Benito Rojas | Case No. 25-22963-JAD |
| Debtor. | Chapter 13 |

## NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF HIGHLANDS AT CHAPEL HILL CONDOMINIUM ASSOCIATION

TO:    CLERK OF UNITED STATES BANKRUPTCY COURT

Sir:

Kindly enter my appearance on behalf of creditor, Highlands at Chapel Hill Condominium Association, in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

Respectfully submitted,

/s/ Lisa M. Burkhart
Lisa M. Burkhart, Esquire
Pa. I.D. #200272
LMBH Legal Services, LLC
4068 Mt. Royal Boulevard, Suite 225
Allison Park, PA 15101
412-532-4110
Attorney for Creditor,
Highlands at Chapel Hill Condominium Association

Dated: November 18, 2025

UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Benito Rojas　　　　　　　　　　　　　　Case No. 25-22963-JAD

　　　　　　Debtor.　　　　　　　　　　　　　　Chapter 13

### DECLARATION IN LIEU OF AFFIDAVIT REGARDING REQUEST TO BE ADDED TO MAILING MATRIX

I am the attorney for Highlands at Chapel Hill Condominium Association, a creditor in the above-captioned bankruptcy case, and I am authorized by the Creditor to make the accompanying request for Notices. I have reviewed the mailing matrix on file in this case, and I hereby certify that the request for notice is being filed herewith to ensure all future notices are forwarded to my attention and this request supersedes and cancels any prior request for notice by the within named Creditor and there are no other requests to receive notices on behalf of this Creditor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 18th day of November, 2025.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Lisa M. Burkhart
　　　　　　　　　　　　　　　　　　　　　　　Lisa M. Burkhart, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Pa. I.D. #200272
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Highlands at Chapel Hill
　　　　　　　　　　　　　　　　　　　　　　　Condominium Association

Dated: November 18, 2025