IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. **25-22963** |
| **BENITO ROJAS** | |
| | Chapter **13** |
| Debtor | |
| | Related to Document No. |
| **BENITO ROJAS** | |
| Movant | |
| v. | |
| No Respondent | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,  **Russell A. Burdelski, Esquire**  , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

CAVALRY SPV I, LLC
1 AMERICAN LANE
SUITE 220
Greenwich, CT 06831

CHAPEL HILL MANOR A CONDOMINIUM ASSOC.
C/O LMBH LEGAL SVC, LLC
4068 MT ROYAL BLVD
STE 225
Allison Park, PA 15101

CITIZENS BANK
PO BOX 2800
Glen Allen, VA 23058-2800

HIGHLANDS AT CHAPEL HILL CONDO
C/O LMBH LEGAL SERVICES
4068 MOUNT ROYAL BLVD, STE 225
Allison Park, PA 15101

HUNTINGTON NATIONAL BANK
PO BOX 1558
Columbus, OH 43216

**PAWB Local Form 30 (07/13)**

KEY BANK

4910 TIEDEMAN RD

Cleveland, OH 44144

M&T Bank

PO Box 840

Buffalo, NY 14240-0840

US Department of HUD

451 7th Street S. W.

Washington, DC 20410

By: **/s/ Russell A. Burdelski, Esquire**
  Signature
  **Russell A. Burdelski, Esquire**
  Typed Name
  **1020 PERRY HIGHWAY**
  **Pittsburgh, PA 15237**
  Address
  **412-366-1511 Fax:(412) 366-1711**
  Phone No.
  **72688 PA**
  List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**