IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: Benito Rojas )  Case No. 25-22963-JAD
)
Debtor(s) )
_____)  Chapter 13
Benito Rojas ) Filed Under Local Bankruptcy
    Debtor/Movant ) Rule 9013.4 para. 6(b)
)
)
)

## DEBTOR WIFE AFFIDAVIT OF NON-INCOME

I, Benito Rojas, swear under penalty of perjury, that to the best of my knowledge information or belief I had earned the following approximate gross amounts of income during the past 6 months of 2025:

| Date | Source | Amount |
| --- | --- | --- |
| 5/2025 | SKYLINE | $3000 |
| 6/2025 | SKYLINE | $3000 |
| 7/2025 | SKYLINE | $3000 |
| 8/2025 | SKYLINE | $3000 |
| 9/2025 | SKYLINE | $3000 |
| 10/2025 | SKYLINE | $3000 |

| Date | Source | Amount |
| --- | --- | --- |
| 5/2025 | Valet Living | $800 |
| 6/2025 | Valet Living | $800 |
| 7/2025 | Valet Living | $800 |
| 8/2025 | Valet Living | $800 |
| 9/2025 | Valet Living | $800 |
| 10/2025 | Valet Living | $800 |

12/04/25   DATE                                    **X** /s/ Benito Rojas _____
                                                                            Benito Rojas, Joint-Debtor