Form RSC13

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 25−22963−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Benito Rojas
   5900 Babcock Blvd #41
   Pittsburgh, PA 15237

Social Security No.:
   xxx−xx−0748

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Russell A. Burdelski
The Law Offices of Russell A. Burdelski
1020 Perry Highway
Pittsburgh, PA 15237−2109
Telephone number: 412−366−1511

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
March 30, 2026
03:00 PM
Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call 1−412−532−8861

CONFIRMATION HEARING DATE/TIME/LOC
March 30, 2026
03:00 PM

Same location as
Meeting of Creditors

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 1/27/26

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-22963-JAD |
| Benito Rojas | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 27, 2026 | Form ID: rsc13 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Benito Rojas, 5900 Babcock Blvd #41, Pittsburgh, PA 15237-2555 |
| cr | + | Highlands at Chapel Hill Condominium Assoc., LMBH Legal Services, LLC, 4068 Mt. Royal Boulevard, Suite 225, Allison Park, PA 15101-2995, UNITED STATES 15101-2951 |
| cr | + | West View Water Authority, Richard A. Monti, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219 UNITED STATES 15219-1753 |
| 16614458 | + | CHAPEL HILL MANOR A CONDOMINIUM ASSOC., C/O LMBH LEGAL SVC, LLC, 4068 MT ROYAL BLVD, STE 225, Allison Park, PA 15101-2951 |
| 16603729 | + | HIGHLANDS AT CHAPEL HILL CONDO, C/O LMBH LEGAL SERVICES, 4068 MOUNT ROYAL BLVD, STE 225, Allison Park, PA 15101-2951 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 28 2026 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 28 2026 00:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | ^ | MEBN | Jan 28 2026 00:19:18 | Citizens Bank, N.A. s/b/m to Citizens Bank of Penn, 10561 Telegraph Road, Glen Allen, VA 23059, UNITED STATES 23059-4577 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Jan 28 2026 00:23:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | ^ | MEBN | Jan 28 2026 00:19:41 | KeyBank N.A. as s/b/m to First Niagara Bank NA, 4910 Tiedeman Road, Brooklyn, Oh 44144-2338 |
| 16614457 | + | Email/Text: bankruptcy@cavps.com | Jan 28 2026 00:23:00 | CAVALRY SPV I, LLC, 1 AMERICAN LANE, SUITE 220, Greenwich, CT 06831-2563 |
| 16614459 | ^ | MEBN | Jan 28 2026 00:18:54 | CITIZENS BANK, PO BOX 2800, Glen Allen, VA 23058-2800 |
| 16606085 | ^ | MEBN | Jan 28 2026 00:19:18 | Citizens Bank, N.A. s/b/m to Citizens Bank of Penn, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 16614461 | + | Email/Text: bankruptcy@huntington.com | Jan 28 2026 00:23:00 | HUNTINGTON NATIONAL BANK, PO BOX 1558, Columbus, OH 43216-1558 |
| 16614462 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 28 2026 00:23:00 | KEY BANK, 4910 TIEDEMAN RD, Cleveland, OH 44144-2338 |
| 16614399 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 28 2026 00:23:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |

Case 25-22963-JAD   Doc 42   Filed 01/29/26   Entered 01/30/26 00:35:24   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jan 27, 2026 | Form ID: rsc13 | Total Noticed: 23 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 16621583 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 28 2026 00:23:00 | KeyBank, N.A., 4910 Tiedeman Road, Suite C, Brooklyn, OH 44144-2338 |
| 16614463 | | Email/Text: camanagement@mtb.com | Jan 28 2026 00:23:00 | M&T Bank, PO Box 840, Buffalo, NY 14240-0840 |
| 16625510 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 28 2026 00:23:00 | MARINER FINANCE, 8110 CORPORATE DR, NOTTINGHAM, MD 21236-5034 |
| 16625590 | + | Email/Text: bankruptcy@huntington.com | Jan 28 2026 00:23:00 | The Huntington National Bank, PO Box 89424, OPC856, Cleveland, OH 44101-6424 |
| 16604361 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 28 2026 00:27:36 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 16614464 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 28 2026 00:27:36 | US Department of HUD, 451 7th Street S. W., Washington, DC 20410-0001 |
| 16628379 | + | Email/Text: ebnjts@grblaw.com | Jan 28 2026 00:22:00 | West View Water Authority, c/o GRB Law, Richard A. Monti, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | M&T BANK |
| 16614460 | *+ | HIGHLANDS AT CHAPEL HILL CONDO, C/O LMBH LEGAL SERVICES, 4068 MOUNT ROYAL BLVD, STE 225, Allison Park, PA 15101-2951 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 29, 2026              Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lisa M. Burkhart | on behalf of Creditor Highlands at Chapel Hill Condominium Assoc. attylisaburkhart@gmail.com  fjug@bmr-law.com |
| Mario J. Hanyon | on behalf of Creditor KeyBank N.A. as s/b/m to First Niagara Bank NA wbecf@brockandscott.com mario.hanyon@brockandscott.com |

District/off: 0315-2     User: auto     Page 3 of 3
Date Rcvd: Jan 27, 2026     Form ID: rsc13     Total Noticed: 23

| Name | Details |
|---|---|
| Mary F. Kennedy | on behalf of Creditor Citizens Bank N.A. s/b/m to Citizens Bank of Pennsylvania mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com |
| Matthew Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard Monti | on behalf of Creditor West View Water Authority rmonti@grblaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Russell A. Burdelski | on behalf of Debtor Benito Rojas Russ@BurdelskiLaw.com russ.burdelski@gmail.com |

TOTAL: 9