**Form 309**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Benito Rojas** | : | Case No. 25–22963–JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related to Docs. #28 and 58 |
| | : | |

### ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

   *AND NOW,* this ***The 30th of July, 2026,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

   (1)   The above–captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

   (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

   (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

   (4)   The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Benito Rojas

    Debtor

Case No. 25-22963-JAD

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 30, 2026 | Form ID: 309 | Total Noticed: 21 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Benito Rojas, 5900 Babcock Blvd #41, Pittsburgh, PA 15237-2555 |
| cr | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Highlands at Chapel Hill Condominium Assoc., LMBH Legal Services, LLC, 4068 Mt. Royal Boulevard, Suite 225, Allison Park, PA 15101-2995, UNITED STATES 15101-2951 |
| cr | + | West View Water Authority, Richard A. Monti, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219 UNITED STATES 15219-1753 |
| 16614458 | + | CHAPEL HILL MANOR A CONDOMINIUM ASSOC., C/O LMBH LEGAL SVC, LLC, 4068 MT ROYAL BLVD, STE 225, Allison Park, PA 15101-2951 |
| 16603729 | + | HIGHLANDS AT CHAPEL HILL CONDO, C/O LMBH LEGAL SERVICES, 4068 MOUNT ROYAL BLVD, STE 225, Allison Park, PA 15101-2951 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | ^ MEBN | Jul 31 2026 01:36:32 | Citizens Bank, N.A. s/b/m to Citizens Bank of Penn, 10561 Telegraph Road, Glen Allen, VA 23059, UNITED STATES 23059-4577 |
| cr | ^ MEBN | Jul 31 2026 01:36:47 | KeyBank N.A. as s/b/m to First Niagara Bank NA, 4910 Tiedeman Road, Brooklyn, Oh 44144-2338 |
| 16614457 | + Email/Text: bankruptcy@cavps.com | Jul 31 2026 01:44:00 | CAVALRY SPV I, LLC, 1 AMERICAN LANE, SUITE 220, Greenwich, CT 06831-2563 |
| 16614459 | ^ MEBN | Jul 31 2026 01:36:53 | CITIZENS BANK, PO BOX 2800, Glen Allen, VA 23058-2800 |
| 16606085 | ^ MEBN | Jul 31 2026 01:36:32 | Citizens Bank, N.A. s/b/m to Citizens Bank of Penn, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 16614461 | + Email/Text: bankruptcy@huntington.com | Jul 31 2026 01:44:00 | HUNTINGTON NATIONAL BANK, PO BOX 1558, Columbus, OH 43216-1558 |
| 16614462 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Jul 31 2026 01:44:00 | KEY BANK, 4910 TIEDEMAN RD, Cleveland, OH 44144-2338 |
| 16614399 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Jul 31 2026 01:44:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 16621583 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Jul 31 2026 01:44:00 | KeyBank, N.A., 4910 Tiedeman Road, Suite C, Brooklyn, OH 44144-2338 |
| 16614463 | Email/Text: camanagement@mtb.com | Jul 31 2026 01:43:00 | M&T Bank, PO Box 840, Buffalo, NY 14240-0840 |
| 16625510 | + Email/Text: bankruptcy@marinerfinance.com | Jul 31 2026 01:43:00 | MARINER FINANCE, 8110 CORPORATE DR, NOTTINGHAM, MD 21236-5034 |
| 16625590 | + Email/Text: bankruptcy@huntington.com | Jul 31 2026 01:44:00 | The Huntington National Bank, PO Box 89424, OPC856, Cleveland, OH 44101-6424 |

| 16604361 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 31 2026 01:42:08 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 16614464 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 31 2026 01:42:08 | US Department of HUD, 451 7th Street S. W., Washington, DC 20410-0001 |
| 16628379 | + | Email/Text: ebnjts@grblaw.com | Jul 31 2026 01:43:00 | West View Water Authority, c/o GRB Law, Richard A. Monti, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | M&T BANK |
| 16614460 | *+ | HIGHLANDS AT CHAPEL HILL CONDO, C/O LMBH LEGAL SERVICES, 4068 MOUNT ROYAL BLVD, STE 225, Allison Park, PA 15101-2951 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Lisa M. Burkhart | on behalf of Creditor Highlands at Chapel Hill Condominium Assoc. attylisaburkhart@gmail.com  fjug@bmr-law.com |
| Mario J. Hanyon | on behalf of Creditor KeyBank N.A. as s/b/m to First Niagara Bank NA wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Mary F. Kennedy | on behalf of Creditor Citizens Bank  N.A. s/b/m to Citizens Bank of Pennsylvania mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com |
| Matthew Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard Monti | on behalf of Creditor West View Water Authority rmonti@grblaw.com  aanderson@grblaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2                          User: auto                                    Page 3 of 3

Date Rcvd: Jul 30, 2026                       Form ID: 309                              Total Noticed: 21

Russell A. Burdelski
                    on behalf of Debtor Benito Rojas Russ@BurdelskiLaw.com  russ.burdelski@gmail.com


TOTAL: 9